IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOLT HEALTHCARE MANAGEMENT SERVICES, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 16 C 7281 |
| v. | ) ) ) | Hon. Thomas M. Durkin |
| INTELLICURE, INC., d/b/a US WOUND REGISTRY and US PODIATRY REGISTRY; CHRONIC DISEASE REGISTRY, INC.; and JOHN DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Holt Healthcare Management Services, Inc., and Defendants Intellicure Inc. d/b/a US Wound Registry US Podiatry Registry ("Defendant") and Chronic Disease Registry, Inc. have resolved this matter on an individual basis. The parties are completing settlement documents and anticipate filing a stipulation of dismissal within the next 45 days.

Respectfully submitted,

*s/ Dulijaza Clark*
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on January 13, 2017, she caused the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which shall cause service via electronic mail upon all counsel of record.

                                                  *s/ Dulijaza Clark*
                                                  Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200