## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HOLT HEALTHCARE MANAGEMENT SERVICES, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 16 C 7281 Hon. Thomas M. Durkin |
| v. | ) ) | |
| INTELLICURE, INC., d/b/a US WOUND REGISTRY and US PODIATRY REGISTRY; CHRONIC DISEASE REGISTRY, INC.; and JOHN DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

Plaintiff Holt Healthcare Management Services, Inc. and Defendants Intellicure, Inc., d/b/a US Wound Registry and US Podiatry Registry; Chronic Disease Registry, Inc ("Defendants") by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Holt Healthcare Management Services, Inc.'s  individual claims against Defendants with prejudice and without costs. Plaintiff Holt Healthcare Management Services, Inc.'s class claims against Defendants are dismissed without prejudice and without costs. Plaintiff's claims against John Does 1-10 are dismissed without prejudice and without costs.  This stipulation of dismissal disposes of the entire action.

Dated:   February 10, 2017

Respectfully submitted,

| | |
|---|---|
| HOLT HEALTHCARE MANAGEMENT MANAGEMENT SERVICES, INC. | INTELLICURE, INC., d/b/a U.S. WOUND REGISTRY and U.S. PODIATRY REGISTRY; CHRONIC DISEASE REGISTRY, INC. |
| */s/Daniel A. Edelman* | */s/Jena M. Valdetero* |
| Daniel A. Edelman | Jena M. Valdetero |

2

Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
P: (312) 739-4200
F: (312) 419-0379

Robert W. Brunner
Bryan Cave, LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601
P: (312) 602-5000
F: (312) 602-5050

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 10, 2017, she caused the foregoing document

to be electronically filed with the Clerk of the United States District for the Northern District of

Illinois by filing through the CM/ECF system, which shall cause service via electronic mail upon

all counsel of record.


*s/ Dulijaza Clark*
Dulijaza (Julie) Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200