# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Holt Healthcare Management Services, Inc.

                                      Plaintiff,

v.                                                           Case No.: 1:16−cv−07281

                                                               Honorable Thomas M. Durkin

Intellicure, Inc,, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 13, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin:Civil case terminated. Pursuant to stipulation, plaintiff's individual claims against defendants are dismissed with prejudice and without costs. Plaintiff's class claims against defendants are dismissed without prejudice and without costs. Plaintiff's claims against John Does 1−10 are dismissed without prejudice and without costs. The 3/10/2017 status date is vacated. (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.